```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
LAURA BERGMAN,

                        Plaintiff,        **ORDER ADOPTING R&R**
-against-                                 14-CV-5005 (DRH)(SIL)

KIDS BY THE BUNCH TOO, LTD., KIDS
BY THE BUNCH, LTD., BETH TURMAN,
JONATHAN TURMAN,

                        Defendants.
----------------------------------------------------X
```

**HURLEY, Senior District Judge:**

## INTRODUCTION

Presently before the Court is the Report and Recommendation, dated February 16, 2018, of Magistrate Judge Steven I. Locke recommending that the motion of Defendants to vacate the default judgment be granted for excusable neglect. The time to file objections has expired, and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the February 16, 2018 Report and Recommendation of Judge Locke as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to vacate the judgment is granted.

Dated: Central Islip, N.Y.
       March 20, 2018                      /s/ Denis R. Hurley
                                           Denis R. Hurley
                                           United States District Judge